**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, DAVID BRITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00196 |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| DAVID BRITT, | DATE: OCTOBER 14, 2011 |
| Defendant. | TIME: 10:00 am |
| | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and ELANA LANDAU, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for October 14, 2011, at 10:00 a.m. shall be continued until NOVEMBER 4, 2011, at 9:00 a.m.

This request for continuance is made by counsel for defendant to allow Mr. Britt sufficient time to consider a motion to withdraw his plea based upon a significant difference in the sentence recommended by the government at the time the plea offer was made and the sentence recommended in the Pre-Sentence Report. Additionally, the continuance will allow additional time for defense to investigate Mr. Britt's prior conviction. Assistant United States Attorney Elana Landau has no objection to this requested continuance.

The requested continuance will conserve time and resources for both counsel and the court.

The defendant and the government agree that any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(i) & (iv), and that the defendant's need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

DATED: October 7, 2011

Respectfully submitted,

/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
DAVID BRITT

DATED: October 7, 2011

Respectfully submitted,

/S/ Elana Landau
ELANA LANDAU
Assistant U.S. Attorney

.
.

**ORDER**

The status conference in this case is continued to NOVEMBER 4, 2011, at 10:00 a.m. Based on the grounds set forth in the parties' stipulation, time is excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(i) & (iv), and that the defendant's need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   October 7, 2011**                      /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE