HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00196 LJO |
| *Plaintiff,* | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| DAVID ADRIAN BRITT, | |
| *Defendant,* | |

Defendant David Adrian Britt, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

On July 26, 2016, a Petition for Violation of Supervised Release was issued in the above captioned case. Mr. Britt had an initial appearance on the allegations in the Southern District of California on November 6, 2020, and was ordered transported to the Eastern District of California. He is currently detained at San Luis Regional Detention Center – LaSalle Corrections in Arizona, awaiting transportation to this District. Counsel is needed in the Eastern District of California to facilitate his appearance on the pending Petition.

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED: January 7, 2021          */s/ Eric V. Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant David Adrian Britt is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **January 7, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE