1  PHILLIP A. TALBERT
   United States Attorney
2  LAURA JEAN BERGER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00196-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DAVID ADRIAN BRITT, | |
| Defendant. | |

**BACKGROUND**

This matter is currently scheduled for a status conference on **September 12, 2022** as to defendant Britt regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **October 26, 2022**. The parties request additional time to resolve the violation.

A proposed order appears below.

//
//
//
//
//
//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for September 12, 2022 be continued to October 26, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 7, 2022    By:   /s/ *Laura Jean Berger*
LAURA JEAN BERGER
Assistant United States Attorney

DATED: September 7, 2022    By:   /s/ *Serita Rios*
SERITA RIOS
Attorney for David Adrian Britt

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 7, 2022**

UNITED STATES MAGISTRATE JUDGE