Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant DAVID ADRIAN BRITT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID ADRIAN BRITT, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:11-CR-00196-JLT <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** <br><br> Date: December 16, 2022 <br> Time: 9:00 a.m. <br> Court: Hon. Jennifer L. Thurston |

     A continuance of the Sentencing hearing currently scheduled for December 16, 2022, is being requested by attorney Serita Rios, counsel for DAVID ADRIAN BRITT. Ms. Rios is unavailable the week of the December 16, 2022 and unable to attend the currently scheduled hearing.

     IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for December 16, 2022, at 9:00 a.m. be continued to January 6, 2023, at 9:00 a.m.

IT IS FURTHER STIPULATED that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

Dated: November 4, 2022

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: November 4, 2022

*/s/ Laura Jean Berger*
_____
**LAURA JEAN BERGER**
Assistant United States Attorney

---

**ORDER**

IT IS SO ORDERED.

Dated: **November 4, 2022**

_____
UNITED STATES DISTRICT JUDGE