IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID ADRIAN BRITT,<br><br>　　　　　Defendant. | Case No.: 1:11-CR-00196-001<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held on January 6, 2023. The defendant has been accepted to the Teen Challenge, an inpatient facility located in Ceres, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on February 26, 2021. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 16 months, and up to 10 additional days for substance abuse detoxification services if deemed necessary. He SHALL NOT be permitted to leave the facility without the consent of the Court or the probation officer.

///

///

///

///

Status Conference set for May 30, 2023, at 10:00am. before District Judge Jennifer L. Thurston.

The defendant shall be released on Monday, January 9, 2023 at 10:00am, to Anthony Krigbaum, a representative of the Teen Challenge Drug Treatment Program.

IT IS SO ORDERED.

Dated:   **January 6, 2023**                                  _____
                                                                                UNITED STATES DISTRICT JUDGE