Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant DAVID ADRIAN BRITT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DAVID ADRIAN BRITT,<br><br>                    Defendant. | Case No. 1:11-CR-00196-JLT<br><br>**STIPULATION TO MODIFY RELEASE CONDITIONS AND CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: October 2, 2023<br>Time: 10:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

## STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Jeffrey Spivak, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on October 2, 2023, the parties agree and stipulate that the hearing be continued to December 11, 2023.

2. Defendant, David BRITT, was released to the Teen Challenge Program in Ceres, California on January 9, 2023. As a condition of his release, the Court ordered that Mr. BRITT be confined to the Teen Challenge location.

3. As of today, Mr. BRITT has completed over 8 months of the Teen Challenge Program. According to U.S. Probation and representatives of Teen Challenge, Mr. Britt is doing very well.

4. As a result of Mr. BRITT's performance in the program, the parties have agreed to modify the condition prohibiting Mr. BRITT from leaving the program location.

5. The parties agree that Mr. BRITT is permitted to leave the Teen Challenge program location if he is granted a pass privilege by the program. Mr. BRITT's assigned Probation Officer, Ronnie Preap, agrees with this modification.

Dated: September 27, 2023

*/s/ Serita Rios*
_____
**SERITA RIOS**
Attorney for Defendant

Dated: September 27, 2023

*/s/ Jeffrey A. Spivak*
_____
**JEFFREY A. SPIVAK**
Assistant United States Attorney

---

**ORDER**

IT IS SO ORDERED.

Dated:  **September 27, 2023**

_____
UNITED STATES DISTRICT JUDGE