Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant DAVID ADRIAN BRITT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID ADRIAN BRITT,<br><br>　　　　　　　　　　Defendant. | Case No. 1:11-CR-00196-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: December 11, 2023<br>Time: 10:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

## STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Jeffrey Spivak, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on December 11, 2023, the parties agree and stipulate that the sentencing hearing be continued to May 6, 2024.

2. Defendant, David BRITT, has been a resident of the Teen Challenge Program in Ceres, California since January 9, 2023. According to U.S. Probation and representatives of Teen Challenge, Mr. Britt is doing extremely well.

3. Mr. Britt is scheduled to successfully complete the 1-year aspect of the program on January 9, 2024.

4. After completing his 1-year in the program, Mr. Britt intends to remain at Teen Challenge for an optional 4th phase referred to as "Reentry". During this phase, Mr. Britt will maintain his residence in the program and begin his integration into the community, as permitted by the rules and conditions of the program and U.S. Probation.

5. It is anticipated that Mr. Britt will complete the 4th phase of the program on May 9, 2024. Upon completion of the 4th phase, Mr. Britt will be eligible to graduate from the Teen Challenge Program.

6. Mr. Britt's assigned Probation Officer, Ronnie Preap, has been in communication with counsel about Mr. Britt's progress and agrees with this stipulation.

Dated: December 4, 2023

/s/ Serita Rios
_____
**SERITA RIOS**
Attorney for Defendant

Dated: December 4, 2023

/s/ Jeffrey A. Spivak
_____
**JEFFREY A. SPIVAK**
Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____
**UNITED STATES DISTRICT JUDGE**

**STIPULATION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER**