Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID ADRIAN BRITT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID ADRIAN BRITT,<br><br>　　　　　Defendant. | Case No. 1:11-CR-00196-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On July 29, 2022, a violation petition was filed against Defendant DAVID BRITT alleging that he violated several conditions of his supervised release. On July 29, 2022, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Britt in his violation proceedings. Mr. Britt was sentenced on May 6, 2024. The time for filing a direct appeal was May 22, 2024. No direct appeal was filed. Mr. Britt's criminal case has, therefore, come to an end. Having completed her representation of Mr. Britt Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Britt require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561

(collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: May 30, 2024

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

# ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, DAVID ADRIAN BRITT, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

David Britt
P.O. Box 1515
Empire, CA 95319

IT IS SO ORDERED.

Dated:   **May 30, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT AND [PROPOSED] ORDER

-2-